# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

United States of America
                           Plaintiff,

v.                                                  Case No.: 1:10–cv–07068
                                                  Honorable Samuel Der–Yeghiayan

John E Rogers, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2010:

      MINUTE entry before Honorable Samuel Der–Yeghiayan: Defendants' motion for leave to file their brief excess of 15 pages [12] is granted equally to all party filings. In the event Defendants move to dismiss by 12/23/10, Plaintiff is given until 01/28/11 to file its response and Defendants are given until 02/11/11 to file their reply and the 01/13/11 status hearing will be reset to 05/18/11 at 9:00 a.m. If the Defendants don't move to dismiss and answer Plaintiff's complaint, the 01/13/11 status hearing stands. Noticed motion date of 12/16/10 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.